UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARENCE D. WILLIAMS,<br><br>　　　　　　　Defendant. | Case No. CR12-237-JCC<br><br>**DETENTION ORDER** |

Offense charged:

　　Conspiracy to Distribute Oxycodone.

Date of Detention Hearing:  September 10, 2012.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　The Court has received no information about defendant's ties to the community, residence, employment, financial status or health.  He has a lengthy and serious criminal history

DETENTION ORDER - 1

and is currently pending felony charges in state court.  Due to his state incarceration, he appeared before the Court via a writ.  Defendant did not contest detention and stipulated that he be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of September, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2