THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0237-JCC |
| Plaintiff, | ORDER |
| v. | |
| CLARENCE WILLIAMS, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to extend his report-to-custody date (Dkt. No. 1150). The Court ordered Defendant to report to custody no earlier than April 25, 2019. Defendant requests to extend his report date until at least May 6, 2019, because of two state court hearings scheduled for May 2 and 3. (Dkt. Nos. 1150, 1150-1.) Neither the Probation Department, nor the Government, oppose the motion. Therefore, Defendant's motion (Dkt. No. 1150) is GRANTED. Defendant shall report to custody on a date notified to him by his Probation Officer, which shall be no earlier than May 6, 2019, but no later than May 10, 2019.

DATED this 25th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR12-0237-JCC
PAGE - 1